# EXHIBIT B

**Patent Claims Analysis**
**of**
**US10721542: "Method and device for providing a main content and an extra content to a user through reference item"**

**against**
**FuboTV**

# US10721542B2

United States

Inventor   Ruiz Rodriguez Ezequiel

Current Assignee Naxos Finance SA

Worldwide applications

2012  ES CN US EP KR WO

| 14/396,843 | is a National Stage Entry of | PCT/EP2012/057644 | 04/26/2012 | Published |
|---|---|---|---|---|

Total patentTerm Adjustments

0

CLAIMS

1. A method for providing a main content and an extra content to a user, said method comprising:

receiving a specific main content and metadata from a first source and displaying said specific main content on a first device, wherein said metadata and said specific main content are broadcasted together from the first source, and wherein said metadata links said specific main content with an extra content;

forwarding said metadata to a second device, wherein:

the forwarding of said metadata is executed by scanning said metadata by said second device,

the second device receives said extra content from a second source, and

said specific main content is displayed on said first device while said extra content is displayed on said second device;

wherein the extra content changes in correspondence to a change of the specific main content;

wherein the first source is different from the second source;

wherein, when the extra content is selected, the extra content does not change even if the specific main content is changing, and any new extra content, which correlates to the changing specific main content, is delayed from being displayed on the second device until such time as a confirmation or input is received at the second device from the first device, and

wherein the confirmation or input is initially received at a command key of the first device, which is displaying the specific main content, such that the first device's command key, when selected, provides the confirmation or input and further causes the second device to display the new extra content.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for providing a main content and an extra content to a user, said method comprising: | *FuboTV has a method for providing a main content and an extra content to a user.*  <https://www.fubo.tv/welcome> © 2025 |
| 1.1 | receiving a **specific main content** and **metadata** from a **first source** and displaying said specific main content on a **first device**, wherein said metadata and said specific main content are broadcasted together from the first source, and wherein said metadata links said specific main content with an **extra content**; | *receiving a **specific main content** [video on "mobile device"] and **metadata** [data about video, "NHL Tonight: E48 First Shift", etc.] from a **first source** [media on "mobile device"] and displaying said **specific main content** [video on "mobile device"] on a **first device** ["mobile device"], wherein said **metadata** [data about video, "NHL Tonight: E48 First Shift", etc.] and said **specific main content** [video on "mobile device"] are broadcasted together from the **first source** [media on "mobile device"], and wherein said **metadata** [data about video, "NHL Tonight: E48 First Shift", etc.] links said **specific main content** [video on "mobile device"] with an **extra content** [video on "TV"].* <br><br> ***Example:*** <br> *In the case of FuboTV, a video—such as NHL Tonight: Episode 48 – First Shift—is received on a mobile device along with related information about that video. Both the video and its data are sent together from a media source on the mobile device. The FuboTV app then plays the video on the mobile device's screen, and the data about the* |

*video connects or links it to the version of the same video being shown on a television.*

***specific main content = video on first device***



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

***metadata = data about video***



<https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025

*first device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*first source = media on first device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*extra content = video on second device*

<table>
<tr><td></td><td></td><td>

&lt;https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg&gt; © 2025</td></tr>
<tr><td>1.2</td><td>forwarding said **metadata** to a **second device**, wherein:</td><td>*forwarding said metadata [data about video, "NHL Tonight: E48 First Shift", etc.] to a second device ["TV"].*

*Example:*
*In the case of FuboTV, the information about the video—such as NHL Tonight: Episode 48 – First Shift—is sent from the mobile device to the television, where:*

*metadata = data about video*</td></tr>
</table>



<https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025

*second device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

| 1.3 | the forwarding of said **metadata** is executed by scanning said metadata by said **second device**, | *the forwarding of said* **metadata** *[data about video, "NHL Tonight: E48 First Shift", etc.] is executed by scanning said* **metadata** *[data about video, "NHL Tonight: E48 First Shift", etc.] by said* **second device** *["TV"].*<br><br>***Example:***<br>*In the case of FuboTV, the transfer of the video information — such as NHL Tonight: Episode 48 – First Shift — is carried out when the TV scans or detects that same video information from the mobile device.* |
| | | ***metadata = data about video*** |



<https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025

*second device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

| 1.4 | the **second device** receives said **extra content** from a **second source**, and | *the **second device ["TV"]** receives said **extra content [video on "TV"]** from a **second source [media on "TV"]**.*<br><br>***Example:***<br>*For instance, in FuboTV, the TV obtains and plays the video from its own media source on the TV.* |
|---|---|---|

***second device***

<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

| | | |
|---|---|---|
| | | ***extra content = video on second device***  <https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025 |
| | | ***second source = media on second device***  <https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025 |
| 1.5 | said **specific main content** is displayed on said **first device** while said **extra content** is displayed on said **second device**; | *said **specific main content** [video on "mobile device"] is displayed on said **first device** ["mobile device"] while said **extra content** [video on "TV"] is displayed on said **second device** ["TV"].*<br><br>***Example:***<br>*For instance, in FuboTV, the video plays on the mobile device's screen while a separate video plays on the TV screen.* |

*specific main content = video on first device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*first device*

<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*extra content = video on second device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*second device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

| 1.6 | wherein the **extra content** changes in correspondence to a change of the **specific main content**; | *wherein the **extra content** [video on "TV"] changes in correspondence to a change of the **specific main content** [video on "mobile device"].*<br><br>***Example:***<br>*In FuboTV, when the video on the mobile device changes, the video on the TV also changes to match it.* |
| | | ***extra content = video on second device*** |

<table>
<tr><td></td><td></td><td>



&lt;https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg&gt; © 2025

</td></tr>
<tr><td></td><td></td><td>

***specific main content = video on first device***



&lt;https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg&gt; © 2025

</td></tr>
<tr><td>1.7</td><td>wherein the **first source** is different from the **second source**;</td><td>

*wherein the **first source [media on "mobile device"]** is different from the **second source [media on "TV"]**.*

***Example:***
*In FuboTV, the content playing on the mobile device can be different from the content playing on the TV.*

</td></tr>
<tr><td></td><td></td><td>

***first source = media on first device***

</td></tr>
</table>



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

**second source = media on second device**



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

| | | |
|---|---|---|
| 1.8 | wherein, when the **extra content** is selected, the extra content does not change even if the **specific main content** is changing, and any new extra content, which correlates to the changing specific main content, is delayed from being displayed | *wherein, when the **extra content [video on "TV"]** is selected, the **extra content [video on "TV"]** does not change even if the **specific main content [video on "mobile device"]** is changing, and any new **extra content [video on "TV"]**, which correlates to the changing **specific main content [video on "mobile device"]**, is delayed from being displayed on the **second device ["TV"]** until such time as a **confirmation or input ["begin playing on your TV"]** is received at the **second device ["TV"]** from the **first device ["mobile device"]**.*<br><br>***Example:*** |

| | | |
|---|---|---|
| on the **second device** until such time as a **confirmation or input** is received at the second device from the **first device**, and | *In FuboTV, when the video on the TV is selected, it will continue playing without changing even if the video on the mobile device changes. Any new video on the TV that corresponds to what is changing on the mobile device will not appear until a "begin playing on your TV" command is received from the mobile device.* | |

*extra content = video on second device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*specific main content = video on first device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*second device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*confirmation or input*

4. Select a program to watch, and it will begin playing on your TV via Chromecast

- Use Player Controls on your mobile device
- To stop casting, tap the Cast icon again, then tap **Disconnect**

<https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025

*first device*



<https://cdn.broadbandtvnews.com/wp-

| | | content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025 |
|---|---|---|
| 1.9 | wherein the **confirmation or input** is initially received at a **command key** of the first device, which is displaying the **specific main content**, such that the **first device**'s command key, when selected, provides the confirmation or input and further causes the **second device** to display the new **extra content**. | *wherein the **confirmation or input** **["begin playing on your TV"]** is initially received at a **command key** **["Cast icon"]**of the **first device** **["mobile device"]**, which is displaying the **specific main content** **[video on "mobile device"]**, such that the **first device** **["mobile device"]**'s **command key** **["Cast icon"]**, when selected, provides the confirmation or input **["begin playing on your TV"]** and further causes the **second device** **["TV"]** to display the new **extra content****[video on "TV"]**.*<br><br>*Example:*<br>*In FuboTV, the "begin playing on your TV" command is first activated when the user taps the Cast icon on the mobile device that is showing the video. Tapping this icon sends the command and causes the TV to start displaying the new video.* |
| | | ***confirmation or input***<br>4. Select a program to watch, and it will <u>begin playing on your TV</u> via Chromecast<br>• Use Player Controls on your mobile device<br>• To stop casting, tap the Cast icon again, then tap **Disconnect**<br><https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025 |
| | | ***command key*** |



<https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025

*specific main content = video on first device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*first device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*second device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*extra content = video on second device*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

- *PRODUCT/SERVICE = "FuboTV"*

- *first device = "mobile device"*
- *second device = "TV"*
- *first source = media on "mobile device"*
- *second source = media on "TV"*
- *specific main content = video on "mobile device"*
- *extra content = video on "TV"*
- *metadata = data about video, "NHL Tonight: E48 First Shift", etc.*
- *confirmation or input = "begin playing on your TV"*

|  |  | • ***command key = "Cast icon"*** <br><br> • ***look-up table = SEE IMAGE, e.g., "Live TV for you", "Trending in your area", etc.*** <br> • ***memory = "device you want to cast to"*** |
| --- | --- | --- |

CLAIMS

3. The method according to claim 1, wherein the first device provides a look-up table containing identifiers of a plurality of first sources and corresponding plurality of metadata.

4. The method according to claim 3, wherein the look-up table is retrieved by tracking a look-up table path stored on said first device.

6. The method according to claim 3, wherein the second device is a remote control, which comprises an actuating element to initiate said tracking.

9. The method according to claim 1, further comprising:

memorizing the metadata as a present metadata via a memory, whereby said memory enables scrolling through previous metadata that have already been memorized by the memory before the present metadata was memorized.

10. The method according to claim 1, wherein:

the metadata is retrieved by the first device while following an indication contained in a primary metadata;

said primary metadata comprises information to retrieve further metadata or extra contents; and

said primary metadata is stored in a memory on said first device, or is retrieved during a first usage of the first device.

| Row | Claim Element | Contention |
|---|---|---|
| 3.1 | 3. The method according to claim 1, wherein the **first device** provides a **look-up table** containing identifiers of a plurality of **first sources** and corresponding plurality of **metadata**. | the **first device** *["mobile device"] provides a look-up table containing identifiers of a plurality of* **first source** *[media on "mobile device"]s and corresponding plurality of* **metadata** *[data about video, "NHL Tonight: E48 First Shift", etc.].* |
| | | ***first device*** <https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025 |
| | | ***look-up table*** |



<https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025

*first sources*



<https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg> © 2025

*metadata*



<https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025

| 4.1 | 4. The method according to claim 3, wherein the **look-up table** is retrieved by tracking a look-up table path stored on said **first device**. | *the look-up table is retrieved by tracking a look-up table path stored on said **first device ["mobile device"]**.* |
|---|---|---|
| | | *look-up table* |



<[https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast](https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast)> © 2025

*first device*



&lt;https://cdn.broadbandtvnews.com/wp-content/uploads/2024/10/23141529/Fubo-TV-2.jpg&gt; © 2025

| | | |
|---|---|---|
| 6.1 | 6. The method according to claim 3, wherein the second device is a remote control, which comprises an actuating element to initiate said tracking. | |
| 9.1 | 9. The method according to claim 1, further comprising:<br><br>memorizing the **metadata** as a present metadata via a **memory**, whereby said memory enables scrolling through previous metadata that have already been memorized by the memory before the present metadata was memorized. | *memorizing the **metadata** **[data about video, "NHL Tonight: E48 First Shift", etc.]** as a present **metadata** **[data about video, "NHL Tonight: E48 First Shift", etc.]** via a **memory** **["device you want to cast to"]**, whereby said **memory** **["device you want to cast to"]** enables scrolling through previous **metadata** **[data about video, "NHL Tonight: E48 First Shift", etc.]** that have already been memorized by the **memory** **["device you want to cast to"]**before the present **metadata** **[data about video, "NHL Tonight: E48 First Shift", etc.]** was memorized.*<br><br>***metadata*** |



<https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast> © 2025

*memory*

| | | |
|---|---|---|
| | | <br><[https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast](https://support.fubo.tv/hc/en-ca/articles/115003444191-How-do-I-cast-Fubo-using-Chromecast)> © 2025 |
| 10.1 | | |